**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Armad Rashad Ali Irby, Appellant.

Appellate Case No. 2025-000192

———

Appeal From Spartanburg County
J. Derham Cole, Jr., Circuit Court Judge

———

Unpublished Opinion No. 2026-UP-340
Submitted June 1, 2026 – Filed July 1, 2026

———

**APPEAL DISMISSED**

———

Appellate Defender Gary Howard Johnson, II, of
Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Mark Reynolds
Farthing, both of Columbia; and Solicitor Barry Joe
Barnette, of Spartanburg, all for Respondent.

———

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386
U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.